UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

J.B. HUNT TRANSPORT, INC.

    *Plaintiff*,　　　　　　　　　　　　　　Case No.: 3:23-cv-433-WWB-MCR

v.

TROYZ TOWING AND STORAGE, INC.

    *Defendant*.

_____/

**PLAINTIFF, J.B. HUNT TRANSPORT, INC.'S, MOTION FOR ENTRY OF FINDINGS OF FACT AND CONCLUSIONS OF LAW, INCLUDING FINAL JUDGMENT**

    Plaintiff, J.B. HUNT TRANSPORT, INC. (hereinafter "Plaintiff" or "J.B. Hunt"), moves this Court for the entry of an Order regarding Findings of Fact and Conclusions of Law following the February 24-25, 2025 trial of this matter. As grounds therefore, Plaintiff states:

    1.    Pursuant to this Court's July 23, 2025 Order (Doc. 57), J.B. Hunt timely provided Proposed Findings of Fact and Conclusions of Law (Doc. 61) following the trial of this matter.

    2.    On September 10, 2025, this Court entered an Order staying the matter (Doc. 62) pursuant to Defendant, Troyz Towing & Storage, Inc.'s, Suggestion of Bankruptcy.

    3.    J.B. Hunt subsequently filed a Motion for Relief from The Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) in the bankruptcy proceeding, pending in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Case No. 3:25-bk-02906-BAJ.

1

4.	On October 27, 2025, Judge Burgess entered an Order granting J.B. Hunt's Motion for Relief from The Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1), "to permit J.B. Hunt Transport, Inc. to proceed in the United States District Court for the Middle District of Florida, Jacksonville Division, Case No. 3:23-cv-433-WWB-MCR (the "District Court Action"), solely to liquidate its claims through entry of judgment." *See* Exhibit A, ¶ 2.

5.	Accordingly, for the reasons set forth above, Plaintiff J.B. Hunt Transport, Inc. respectfully requests that this Court grant Plaintiff's motion and enter an Order on the Findings of Fact and Conclusions of Law (Doc. 61), and to enter a Final Judgment in its favor in the amount of $303,562.93, *nunc pro tunc,* and retain jurisdiction for an award of attorney's fee and taxable costs recoverable by the Plaintiff pursuant to Florida Statutes 713.78 and 768.79, and/or any other applicable Florida law, and to provide such other and further relief as the Court finds appropriate under the circumstances.

    Respectfully Submitted,

/s/ Libbie Reese
LIBBIE REESE, ESQUIRE
Florida Bar No. 0091967
Alvarez, Thompson & Smoak, P.A.
P.O. Box 3511
Orlando FL 32802-3511
Phone: (407) 210-2796
Facsimile: (407) 210-2795
Counsel for Plaintiff
*Designated Email Addresses*
 lreese@atslawyers.com;
 lporter@atslawyers.com.

2